UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

CHARLOTTE M. BAYSAC,

                Plaintiff,

-against-

NYC HEALTH & HOSPITALS CORPORATION,

                Defendant.

23 Civ. 10273 (LGS)

ORDER OF SERVICE

---

LORNA G. SCHOFIELD, United States District Judge:

    Plaintiff, who is proceeding *pro se*, paid the filing fees to commence this action.

    The Clerk of Court is directed to issue a summons as to Defendant NYC Health & Hospitals Corporation. Plaintiff is directed to serve the summons and complaint on Defendant within 90 days of the issuance of the summons.[1] If within those 90 days, Plaintiff has not either served Defendant or requested an extension of time to do so, the Court may dismiss the claims against Defendant under Rules 4 and 41 of the Federal Rules of Civil Procedure for failure to prosecute.

    The Clerk of Court is directed to mail an information package to Plaintiff.

SO ORDERED.

Dated:  December 5, 2023
         New York, New York

                                          LORNA G. SCHOFIELD
                                        UNITED STATES DISTRICT JUDGE

---

[1] Although Rule 4(m) of the Federal Rules of Civil Procedure generally requires that a summons be served within 90 days of the date the complaint is filed, the summons in this case was not issued when Plaintiff filed the complaint because she had not yet paid the filing fees. The Court therefore extends the time to serve until 90 days after the date the summons is issued.