UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
CHARLOTTE M. BAYSAC,
                       Plaintiff,

                -against-

NYC HEALTH & HOSPITALS
CORPORATION,
                       Defendant.
------------------------------------------------------------X

23 Civ. 10273 (LGS)

ORDER

LORNA G. SCHOFIELD, District Judge:

      WHEREAS, the Order dated December 5, 2023, required the parties to file a proposed case management plan and joint letter seven (7) days before the initial pretrial conference. The parties have not done so. The Order dated January 25, 2024, required that, if Plaintiff has not been in communication with Defendants, she shall file a status letter regarding her efforts to serve Defendants and request an adjournment of the initial pretrial conference. The February 15, 2024, Order again instructed Plaintiff to file a status letter on her efforts to serve Defendants. The initial pretrial conference is currently scheduled for March 27, 2024;

      WHEREAS, Defendant has not appeared and Plaintiff has not filed proof of service on the docket. Plaintiff has not filed any letter regarding her communications with Defendants or her efforts to effect service on them. It is hereby

      **ORDERED** that if Plaintiff has been in communication with Defendants, then the parties shall file the joint status letter and proposed case management plan as soon as possible and no later than **April 17, 2024**. If Plaintiff has not been in communication with Defendants, she shall file a status letter regarding her efforts to serve Defendants and request an adjournment of the initial conference as soon as possible and no later than **April 17, 2024**. Plaintiff is advised that failure to comply with this Order may result in dismissal of the case for failure to prosecute. It is

further

**ORDERED** that the initial pretrial conference scheduled for March 27, 2024, is adjourned to **April 24, 2024, at 4:20 P.M.**

The Clerk of Court is respectfully directed to mail a copy of this Order, as well as all previous Orders in this matter, to Plaintiff's address at 130 April Cove, Montgomery, TX 77356.

Dated: March 22, 2024
       New York, New York

                                        **LORNA G. SCHOFIELD**
                                       **UNITED STATES DISTRICT JUDGE**